# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT AT LYNCHBURG, VA
FILED
At Danville
AUG 0 4 2008
JOHN F. CORCORAN, CLERK
BY: /s/ [signature]
DEPUTY CLERK

United States of America )
v. )
) Case No: 4:03cr70134-002
ALONZO IRVIN GILES )
) USM No: 10195-084

Date of Previous Judgment: _5/18/05_ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was convicted of conspiracy to distribute cocaine base ("crack") in violation of 21 U.S.C. § 846 and at sentencing was held responsible for 4.5 kilograms or more of crack. Although Amendment 706 to the U.S. Sentencing Guidelines reduced the offense levels for most crack convictions, it did not reduce the offense levels for those involving at least 4.5 kilograms of crack. See U.S.S.G. § 2D1.1(c). Accordingly, Defendant's guideline range is not changed by the amended guidelines, and he is therefore not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: August 4, 2008                    _/s/ Norman K. Moon_
                                                              Judge's signature

Effective Date: _____                    Norman K. Moon, United States District Judge
(if different from order date)                              Printed name and title